**JOHN J. TALTON, CHAPTER 13 TRUSTEE**
Payee: Clerk of the Court

Case 08-60956  Doc 65  Filed 01/08/14  Entered 01/08/14 13:11:28  Desc Main
Document  Page 1 of 1

Check #: 1057409
Date: 01/07/2014

Please notify the Court & this office of any changes made after filing to your claim (ex: account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 0810372 | 00012 | KELVIN TERRANCE THOMAS<br>Original Check written to:<br>MID ATLANTIC FINANCE INC<br>15500 LIGHTWAVE DR, STE 201<br>CLEARWATER, FL,  33760 | 89157 | 1,199.89 | 115.11 | 0.00 | 115.11 |
| 0860956 | 00019 | TOMMY WAYNE VANCE & ROSELYN VANCE<br>Original Check written to:<br>DALLAS OFFSET INC<br>2100 PANARAMIC CIRCLE<br>DALLAS, TX,  75212 | 1463 | 7,455.17 | 2,712.69 | 0.00 | 2,712.69 |
| 0861106 | 00016 | VETA GALE EDWARDS<br>Original Check written to:<br>CHARLES ROBINSON, DDS<br>5455 TROUP HWY<br>TYLER, TX,  75707 | / 5326 | 66.42 | 4.78 | 0.00 | 4.78 |
| 0861127 | 00027 | DANIEL ALLEE & ANGELIA ALLEE<br>Original Check written to:<br>CITIFINANCIAL AUTO CREDIT, INC.<br>P.O. BOX 182287<br>COLUMBUS, OH,  43218 | 2132 | 14,339.48 | 43.14 | 0.00 | 43.14 |
| 0910624 | 00006 | JAMES W. JOHNSON & DEBRA O. JOHNSON<br>Original Check written to:<br>UNIVERSAL MORTAGE CORPORATION<br>12080 NORTH CORPORATE PARKWAY<br>MEQUON, WI,  53092 | 8523 | 0.00 | 0.00 | 8.38 | 8.38 |
| 1090022 | 00034 | RAY A. JUAREZ & REBECCA JUAREZ<br>Original Check written to:<br>HSBC MORTGAGE SERVICES INC<br>ATTN: BANKRUPTCY CASH<br>2929 WALDEN AVENUE<br>DEPEW, NY,  14043 | 0646 | 1,386.68 | 123.27 | 0.00 | 123.27 |
| 1310299 | 00016 | RICHARD RUSSELL COULTER<br>Original Check written to:<br>PORT ARTHUR TEACHERS FEDERAL CREDIT UNION<br>3001 JIMMY JOHNSON BLVD<br>PORT ARTHUR, TX,  77642 | 9887 | 0.00 | 361.40 | 0.00 | 361.40 |
| | | **TOTALS** | | 24,447.64 | 3,360.39 | 8.38 | 3,368.77 |